870

No. 395, Misc. GOLENBOCK v. WALLACK, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 401, Misc. MUZA v. CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 404, Misc. SALZANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer* for the United States.

No. 405, Misc. DI SILVESTRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph W. Di Silvestro,* petitioner, *pro se. Acting Solicitor General Spritzer, Assistant Attorney General Douglas* and *Morton Hollander* for the United States.

No. 408, Misc. SALGADO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph I. Stone* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 409, Misc. JOHNSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer* for the United States.

No. 417, Misc. BATCHELOR v. UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley* and *Thomas A. Ziebarth* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 418, Misc. KRENNRICH v. UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley, Thomas A. Ziebarth* and *Samuel Resnicoff* for petitioner. *Acting Solicitor General Spritzer* for the United States.